IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| J. GARRISON THOMPSON, as Administrator and Personal Representative of the Estate of Kay Latham Holbrook, Deceased, | : : : : : |
| Plaintiff, | : : : |
| vs. | : :   CIV. ACTION 2:14-0295-CG-M |
| HANKOOK TIRE AMERICA CORP., a foreign corporation; *et al.*, | : : : : |
| Defendants. | : |

### ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Defendant Hankook Tire Company, Ltd.'s Motion to Dismiss is **DENIED**.

**DONE and ORDERED** this the 27th day of July, 2015.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE