IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| J. GARRISON THOMPSON, as Administrator and Personal Representative of the Estate of Kay Latham Holbrook, Deceased, | ) | |
| Plaintiff, | ) | CIVIL ACTION NO.: 2:14-cv-00295-CG-M |
| v. | ) | |
| HANKOOK TIRE AMERICA CORPORATION, et al., | ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW**

Defendants Bridgestone Bandag, LLC, Bridgestone Retail Operations, LLC and Bridgestone Americas Tire Operations, LLC, f/k/a Bridgestone/Firestone North American Tire, LLC, f/k/a Bridgestone/Firestone, Inc. (also incorrectly referred to in plaintiff's complaint as GCR Tire Centers) (collectively referred to herein as "Defendants"), and hereby moves this court to allow Summer Austin (Davis) Wells to withdraw as counsel in this action. Kenneth M. Perry and Ambria L. Lankford of Bradley Arant Boult Cummings LLP will remain as counsel for Defendants. No party will be prejudiced in any way by the withdrawal of Summer Austin (Davis) Wells as counsel for Defendants.

Respectfully submitted,

s/ Summer Austin Wells

Kenneth M. Perry
kperry@bradley.com
Summer Austin Wells
swells@bradley.com
Ambria L. Lankford
alankford@bradley.com
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

Attorneys for Bridgestone Americas Tire Operations, LLC, Bridgestone Bandag, LLC, and Bridgestone Retail Operations, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Benjamin E. Baker, Jr.
LaBarron N. Boone
Beasley, Allen Crow, Methvin, Portis & Miles, P.C.
218 Commerce Street
Montgomery, AL 36104

Rickman E. Williams, III
Philip Henry Pitts
Pitts, Pitts & Williams
9 Broad Street
Selma, Alabama 36702

Phillip Allen Sellers, II
Alan T. Hargrove, Jr.
Rushton, Stakely, Johnston & Garrett P.C.
Post Office Box 270
Montgomery, AL 36101
psellers@rushtonstakely.com
ath@rushtonstakely.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

NONE

s/Summer Austin Wells
OF COUNSEL